DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FIREWORKS LADY & CO LLC,**
Appellant,

v.

**DARRYL DAYE,**
Appellee.

No. 4D2023-3153

[July 3, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE20011064.

Richard W. Ervin, IV, of Bleakley Bavol Denman & Grace, P.A., Tampa, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and CONNER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***